IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TRAVIS AND JESSICA FRITZ as Third Party Beneficiaries of LAXMIJI, LLC individually and LAXMIJI, LLC d/b/a MOUNTAIN VISTA INN & SUITES, BHARAT PATEL individually and BHARAT PATEL d/b/a MOUNTAIN VISTA INN & SUITES, JAGRUTI PATEL, | ) ) ) ) ) ) ) ) ) ) ) | Docket No. 3:17-CV-433<br><br>**DISTRICT JUDGE THOMAS A. VARLAN**<br><br>**CHIEF MAGISTRATE JUDGE H. BRUCE GUYTON** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LIBERTY SURPLUS INSURANCE CORPORATION and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move for summary judgment on Defendants' fourteenth affirmative defense. This defense asserts that no insurance coverage is available for Plaintiffs' injuries under an umbrella policy issued by St. Paul, because of a coverage exclusion for bodily injury caused by "pollutants." This pollution exclusion should be interpreted under the law of Illinois, which has long construed such exclusions in favor of coverage for bodily injuries caused by carbon monoxide exposure.

The motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, the Declaration of Kenneth M. Suggs and attached exhibits, the files, records, and pleadings in this case, and arguments of counsel.

Respectfully submitted

Dated: April 3, 2019

/s/ Kenneth M. Suggs
Kenneth M. Suggs (*pro hac vice*)
JANET, JANET & SUGGS, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
(803) 726-0050 TEL
(803) 727-1059 FAX
ksuggs@jjsjustice.com

Sidney Gilreath (#2000)
GILREATH & ASSOCIATES, PLLC
550 Main Avenue, Suite 600
Knoxville, TN 37902
(865) 637-2442 TEL
(865) 971-4116 FAX
gilknox@sidgilreath.com

***Attorneys for Plaintiffs***