UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| TRAVIS AND JESSICA FRITZ As Third Party Beneficiaries of LAXMIJI, LLC individually and LAXMIJI, LLC d/b/a MOUNTAIN VISTA INN & SUITES, BHARAT PATEL individually and BHARAT PATEL d/b/a MOUNTAIN VISTA INN & SUITES, JAGRUTI PATEL, <br><br> Plaintiffs, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendant. | Docket No. 3:17-CV-00433 <br><br> CHIEF DISTRICT JUDGE VARLAN <br> MAGISTRATE JUDGE GUYTON |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL EXHIBIT NO. 20

COMES NOW Defendant, St. Paul Fire & Marine Insurance Company ("St. Paul"), and for its Statement of Undisputed Facts in support of its Motion for Summary Judgment, submits the attached transcript of the deposition of Bharat Patel as a supplemental exhibit to its Statement of Undisputed Facts. This shall be identified as Ex. 20, in support of paragraphs 6 (B. Patel Dep. 30:14-19) and 47 (B. Patel Dep. 45:5-46:7) of St. Paul's Statement of Undisputed Facts.

[signature block on following page]

s/ Amy Worrell Sterling
Michael G. McLaren (#5100)
Amy Worrell Sterling (#25773)
BLACK McLAREN JONES
 RYLAND & GRIFFEE, P.C.
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
901-762-0535
901-762-0539 – fax
mmclaren@blackmclaw.com
asterling@blackmclaw.com

*ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

    A true and correct copy of the above and foregoing has been served upon all counsel of record in this cause via the ECF system on this the 11th day of April, 2019.

                                                    s/ Amy Worrell Sterling

2

Case 3:17-cv-00433-TAV-HBG   Document 77   Filed 04/11/19   Page 2 of 2   PageID #: 847