**United States District Court for the** _Eastern_
**District of** _Tennessee_

TRAVIS AND JESSICA FRITZ, as Third-Party Beneficiaries of LAXMIJI, LLC, Individually and LAXMIJI, LLC, d/b/a MOUNTAIN VISTS INN & SUITES, BHARAT PATEL, Individually and BHARAT PATEL d/b/a MOUNTAIN INN & SUITES, and JAGRUTI PATEL,

**Plaintiff,**

vs.

CASE NO. 3:17-CV-433-TAV-HBG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _Travis Fritz and Jessica Fritz_, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _the Order Granting Defendant's_
(the final judgment) (from an
_Motion for Summary Judgment (Doc. 91)_ entered in this action on the _12th_ day of
order (describing it))
_August_, _2019_.

(s) _Sidney W. Gilreath_
Address: _550 W. Main Ave., Suite 600_
_Knoxville, TN 37902_

Attorney for _Travis Fritz and Jessica Fritz_

cc: Opposing Counsel ___
Court of Appeals ___

6CA-3
1/99

Case 3:17-cv-00433-TAV-HBG Document 92 Filed 09/19/19 Page 1 of 1 PageID #: 1463